

FILED
CLERK, U.S. DISTRICT COURT
APR 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Johnny Jimenez Arellano<br>DEFENDANT(S). | CASE NUMBER<br><br>SA16-207M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __4/25/16__, _____, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __Karen E. Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/22/16__

_____
KAREN E. SCOTT
U.S. District Judge/Magistrate Judge